# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:16-MJ-**1074** |
| | ) | |
| MICHAEL LEE COLE | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 2016 to June 2016,____ in the county of ____Blount____ in the ____Eastern____ District of ____Tennessee____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) <br> 18 U.S.C. § 2252A(a)(2) <br> 18 U.S.C. § 2252A(a)(5)(B) | Receipt, Distribution, and Possession of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit Attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

____John M. Williams, Jr., Investigator____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____06/27/2016____

_____
*Judge's signature*

City and state: ____Knoxville, Tennessee____

____Hon. C. Clifford Shirley, Jr., U.S. Magistrate Judge____
*Printed name and title*