UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | 3:16-MJ- 1074 |
| v. | ) | |
| | ) | JUDGES _____ |
| MICHAEL LEE COLE | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, John Williams, an Investigator with the Knoxville Police Department

("KPD") Internet Crimes against Children ("ICAC") Task Force and being a sworn federal

officer for the Federal Bureau of Investigation Crimes against Children Task Force being duly

sworn, deposes and states the following:

1.      I make this affidavit in support of a criminal complaint and arrest warrant for

MICHAEL LEE COLE (hereinafter "COLE.")

2.      I have been employed with the KPD since August 14th, 2000.  Since December

2012, I have been assigned to the KPD-ICAC Task Force as an undercover online investigator.

The KPD-ICAC Task Force is responsible for investigating and enforcing federal criminal

statutes involving the sexual exploitation of children under Title 18, United States Code, Chapter

110, including, without limitation, sections 2252A(a)(5)(B), 2252A(a)(1) and 2252A(a)(2).

3.      I have acquired experience in these matters through specialized training and

everyday work related to these types of investigations. Your affiant has completed the following

training:

- 2000 KPD Training Academy Recruit Class A;
- 2007 KPD Instructor Development;
- 2007 KPD Field Training Officer School;

1

- 2013 Basic Computer Skills for Law Enforcement Training Program;
- 2013 Undercover Chat Investigations in Raleigh, NC;
- 2013 ICAC Investigative Techniques in Jacksonville, FL;
- 2013 Commercial Sexual Exploitation of Children in Nashville, TN;
- 2014 Regional Law Enforcement Training on Child Exploitation in Atlanta, GA;
- 2014 Child Protection System and Basic Gnutella and e-Mule Peer-to-Peer computer training in Lynchburg, VA;
- 2014 Basic Peer-to-Peer Investigations, Fox Valley Technical College;
- 2014 e-Mule Peer-to-Peer training, Fox Valley Technical College;
- 2014 ARES Peer-to-Peer training, Fox Valley Technical College;
- 2014 BitTorent Peer-to-Peer training, Fox Valley Technical College in Denver, CO.;
- 2015 e-Phex Peer-to-Peer training, Fox Valley Technical College; and
- 2016 Mobilyze triage tool by Black Bag Technologies Certification, Atlanta, GA.

4. As a federal task force officer, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer with the authority to execute arrest warrants issued under the authority of the United States.

5. The information contained within the affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience, and/or information related to me by other law enforcement officers and/or agents. Since this affidavit is being submitted for the limited purpose of a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning the investigation. I have set forth only the facts which I believe are necessary to establish probable cause to believe COLE has violated of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(a)(1) and 2252A(a)(2).

2

## BACKGROUND ON COMPUTERS AND CHILD PORNOGRAPHY

6.      I have received extensive online undercover training as well as computer forensics training in reference to criminal investigations. Your affiant knows all of the below-described information as the result of his training and experience in the investigation of computer-related crime and by conferring with other law enforcement personnel who investigate computer-related crime.

7.      I know that producers and distributors of child pornography can now produce both still and moving images directly from a cellular telephone equipped with a digital camera and distribute them to others via cellular networks and/or the Internet. Your affiant has been involved in recent investigations where digital cameras, smart phones, tablets and webcams were used to produce child pornography and store said child pornography either on the device, personal computer or removable media of the subject.

8.      New technology now allows child pornographers to use even smaller digital devices like smartphones and tablets that have digital cameras and video recording capability built directly into the devices. These devices are equipped with their own processors and memory that allow the devices to actually perform as small mini computers. With the use of free and publicly available apps, a child pornographer has the ability to produce child pornography, receive and distribute it in a matter of just a few seconds and maintain relative anonymity using free open wireless access points.

9.      The ability to produce child pornography easily, reproduce it inexpensively, and market it anonymously (through electronic communications) has drastically changed the method of distribution of child pornography. For example, child pornography can be transferred via electronic mail to anyone with access to a computer and modem. Because of the proliferation of commercial services that provide electronic mail service, chat services, P2P services and easy

3

access to the Internet, the computer is a preferred method of receipt and distribution of child pornographic materials.

## THE INVESTIGATION

10.     On January 30, 2016, Sendvid notified law enforcement that between January 29, 2016 and January 30, 2016 a user with the IP address of 24.151.180.222 uploaded **31 videos** of child pornography to their servers. I reviewed the files flagged by Sendvid, and based on my training and experience, the videos depict children, under the age of 18 years old engaged in sexual acts and/or lascivious exhibition of their genital areas. The production, receipt, possession, and distribution of these images violates Tennessee Code Annotated § 39-17-1003 and Title 18, United States Code, §§ 2251, 2252 and 2252A. One of the files is described below:

**1f9f6qmj-20160130-6102-u8rgic** – This file is a color video that is 1 minute in length. The file depicts a young female that is approximately 12-14 years of age. The child is wearing a multi-colored t-shirt and is nude from the waist down exposing her vagina. A small dog is observed licking the child's vagina.

11.     On February 7, 2016, Skype reported to law enforcement that a user with the IP address 24.151.180.222 and a username of "wicked1z" uploaded **1 image** of child pornography to the Skype servers. I reviewed the file flagged by Skype, and based on my training and experience, the image depicts children, under the age of 18 years old engaged in a sexual acts and/or lascivious exhibition of their genital areas. The production, receipt, possession, and distribution of these images violates Tennessee Code Annotated § 39-17-1003 and Title 18, United States Code, §§ 2251, 2252 and 2252A. The file is described below:

4

**84914bbc-5f8e-453b-b8c5-0da69b89b6f6_12.jpg.** This file is a color image that depicts 2 nude females lying on their back on a red and white blanket with their breasts and vagina's exposed as the primary focus of the image. One child appears to be 14-16 years of age and one child appears to be 8-10 years of age.

12. On February 10, 2016 Sendvid reported to law enforcement that between February 3, 2016 and February 7, 2016, a user with the IP address of 24.151.180.222 uploaded **8 videos** of child pornography to Sendvid's servers. I reviewed the files flagged by Sendvid, and based on my training and experience, the videos depict children, under the age of 18 years old engaged in a sexual acts and/or lascivious exhibition of their genital areas. The production, receipt, possession, and distribution of these videos violates Tennessee Code Annotated § 39-17-1003 and Title 18, United States Code, §§ 2251, 2252 and 2252A. One of the files is described below:

**hqclizw6-20160209-22504-1hd948x.mp4** – This file is a color video that is 2 minutes and 16 seconds in length. The file depicts a young pre-pubescent male child who is on his knees and kneeling over an adult male. The young boy has the adult male's penis in his mouth preforming oral sex on him. The adult male then ejaculates in the mouth of the young male.

13. On March 3, 2016 I conducted a DNS check on the IP address 24.151.180.222 through the American Registry for Internet Numbers (ARIN). I received information that the IP address 24.151.180.222 was registered to Charter Communications. Investigators have used ARIN since 2002 as an investigative resource in over a hundred cases and it has proved to be reliable in every case.

5

14. The Knox County District Attorney's Office issued a State of Tennessee Administrative Subpoena for the production of records associated with the Charter IP address of 24.151.180.222 on January 30, 2016 at 01:05:41 UTC and February 7th, 2016 at 09:28:01 UTC.

15. Charter Communications responded to the Administrative Subpoena identifying the following subscriber information:

| | |
|---|---|
| Account No: | 8353200010730556 |
| Account Holder: | **Michael Cole** |
| Service Address: | **1727 Hughes Loop** |
| | Maryville, TN 378034224 |
| Billing Address: | 1727 Hughes Loop |
| | Maryville, TN 378034224 |
| Start Time: | **2015-12-10 14:06:00** |
| End Time: | **2016-02-28 05:43:21** |
| Service Number: | 865-388-1662 |

| Type of Service: | Data Status | Pending Disconnect |
|---|---|---|
| | Telephone Status | Pending Disconnect |
| | Video Status | Pending Disconnect |

Length of Service: 12/10/15 – present

16. April 11, 2016, I conducted a law enforcement check on TLO[1], TLO showed the following email addresses associated with Michael Lee Cole with a date of birth of 04/12/1978. I noted the use of the term, "wicked", in the below email accounts associated with Michael Cole. The term "wiked1z" was the Skype username associated with IP address 24.151.180.222.

**wickedpleasurez@yahoo.com**
**wickedpleasurez@charter.net**
**wickedpleasurez@ymail.com**
**wickedpleasurez@bellsouth.net**

---

[1] TLO is a widely used and accepted as a tool to locate and research publicly available records. TLO is used by government, commercial, and law enforcement agencies to obtain publicly available information and has been utilized by your affiant numerous times in previous investigations.

6

17. On April 13, 2016, the Knox County District Attorney's Office issued an additional State of Tennessee Administrative Subpoena for the production of records associated with the Charter IP address of 24.151.180.222 on January 30, 2016 at 01:05:41 UTC. I requested this additional subpoena because the prior results showed that the service was "Pending Disconnect". Charter Communications responded to the Administrative Subpoena identifying the following subscriber information:

| | |
|---|---|
| Account No: | 8353200010730556 |
| Account Holder: | **Michael Cole** |
| Service Address: | **1727 Hughes Loop** |
| | Maryville, TN 378034224 |
| Billing Address: | 1727 Hughes Loop |
| | Maryville, TN 378034224 |
| Start Time: | **2015-12-10 14:06:00** |
| End Time: | **2016-02-28 05:43:21** |
| Service Number: | 865-388-1662 |

| Type of Service: | | |
|---|---|---|
| | Data Status | Disconnect |
| | Telephone Status | Disconnect |
| | Video Status | Disconnect |

Length of Service:  12/10/15 – 3/24/16

18. On May 26, 2016, Special Agent Michelle Evans of the U.S. Department of Homeland Security, Homeland Security Investigations, Knoxville (HSI Knoxville) contacted me REGARDING a lead that she had received from Homeland Security Investigation authorities in Detroit, Michigan (HSI Detroit) regarding a Dropbox account that contained child pornography. The Dropbox account was created by Michael Cole of Maryville, Tennessee.

19. On April 4, 2016, HSI Detroit served a federal search and seizure warrant to Dropbox, Inc., for the Dropbox account of https://www.dropbox.com/sh/05wdwg45b5czdlc/AACmAGiRngKC0tF9xUCwje_ia?dl=0 following the arrest of a subject in Detroit, Michigan. The Michigan arrest had revealed that

7

Michael Cole's Dropbox account was associated with the sharing of child pornography with the Michigan arrestee.

20. Dropbox, Inc. responded to the aforementioned federal search warrant with the following account information, as well as providing the content of the account:

Name: **Michael Cole**
Email: **michaelcole711@gmail.com**
User: 379199600
Joined: 2015-01-18 18:08:11 GMT
Subscription status: Not paid

Login Timestamps and IPs:

| Timestamp (GMT) | IP |
| --- | --- |
| 2016-01-05 20:55:51 | 24.151.180.222 |
| 2016-01-05 21:15:23 | 24.151.180.222 |
| 2016-01-23 00:09:54 | 24.151.180.222 |

Last Seen IP/Time of Linked Computer(s):

| Hostname | Timestamp (GMT) | IP |
| --- | --- | --- |
| DESKTOP-N88R4H7 | 2016-01-29 05:53:19 | 24.151.180.222 |

Mobile Device Information:

| Model | Carrier | Last Seen Timestamp (GMT) |
| --- | --- | --- |
| SCH-S968C | (none) | 2015-01-18 18:08:20 |

21. A review of the content of the Dropbox account revealed **57 videos** of child pornography, as well as personal pictures and information related to COLE. One of the files (Video Jul 30, 9 18 59 PM.mp4) is a color video that is 1 minute and 59 seconds in length. The video depicts a small prepubescent child approximately 2 to 3 years of age lying on her back and nude from the waist down. The child is wearing a pink shirt. An adult male's penis can be observed with the adult male attempting to insert his penis into the child's vagina. The male then pushes his penis into the child's vagina and then ejaculates on her stomach. The child can be heard attempting to talk saying "pp". The camera then goes back and forth from showing the child's face to an adult male using his hand to spread the child's vagina apart. The child then

8

Case 3:16-cr-00081-TAV-HBG    Document 3-1    Filed 06/27/16    Page 8 of 15
PageID #: 11

appears to hold a vibrator in her right hand and touches it to her vagina. The video ends with the camera zooming in on the child's vagina while the adult male continues to spread it with his fingers. This file is 5.43 MB in size. This video is from the "jan9" folder of Cole's Dropbox account.

22. HSI Detroit submitted a summons to Charter Communications, the owner of IP address 24.151.180.222, for subscriber information. Charter Communications responded with the following:

Accountholder: **Michael Cole**
Service Address: **1727 Hughes Loop, Maryville, TN 37803**
IP Address Start Time: 2015-12-10 14:06:00
IP Address End Time: 2016-02-08 05:43:21
Service Number: Primary: **865-388-1662**
Alternate: **865-724-1279**
Length of Service: 12/10/15 to 03/24/16
Email Address: Michaelcole711@gmail.com
Michaelcole0711@charter.net

23. The Dropbox account contained the following folders:

- 18 videos copied on January 13, 2016

- Camera Uploads

- jan 9

- jan 16

- me

- Peepz

- pics

24. There are also 4 videos that are not in folders.

25. Michael Cole's Dropbox account contains a video file named 2015 07-18-08.32.42 that appears to be the same video described in paragraph 10 above. This file is among the 4 video files that are not saved in one of the 7 named folders within the Dropbox account.

9

26. The folder labelled "me" in Michael Cole's Dropbox account contains 6 images. 5 of the images are of adult male's penis. 1 of the images is a picture of Michael Cole. I compared this image to the image of Michael Cole (DOB 4/12/78) in his drivers license and determined them to be the same person. From this, I determined that the Michael Cole associated with Dropbox account is the same person who is the target of my investigation.

27. On June 3, 2016, I conducted a pawn search and discovered that Michael Cole had pawned a Compaq Presario laptop computer with a serial #00196185938407 at Cash America #6 at 256 South Calderwood St., Alcoa, TN 37701. Michael Cole pawned the laptop on May 25, 2016 at 10:30 A.M. I went to Cash America #6 and confiscated the laptop for safe-keeping to preserve the possible evidence relating to the case.

## COLE INTERVIEW

28. On June 6, 2016, I made phone contact with Michael Cole at telephone number 865-299-0322. Michael Cole agreed to come to the Knoxville Police Department for an interview. Cole was advised of his *Miranda* rights, and he signed a Knoxville Police Department rights waiver form. Cole then agreed to speak with me and SA Michelle Evans. Cole advised that he lived at 1727 Hughes Loop for about six (6) months. He advised he paid for internet through Charter Communications for about two (2) months while he lived there.

29. During my interview with Cole, I asked him about seeking and downloading child pornography on the internet. Cole admitted that he had viewed child pornography online. He claimed that he was unaware that he had saved any images. I showed Cole images contained in his Dropbox account from the folder named "jan 9". He admitted he recognized the images that I showed him as among the child pornography images which he had accessed online. Cole maintained that he was not aware of saving these images.

10

30. I asked Cole about the photographs in the "me" folder of Michael Cole's Dropbox account. Cole confirmed that the male penis depicted in the images is his penis. Cole further confirmed that he took the "selfie" in the mirror photograph. This file, IMG_20140303_021707.jpg is also in the "me" folder.

31. At the beginning of the interview, Cole surrendered his Samsung Smartphone during the security screening process. I advised Cole that I would retain custody of his Samsung Smartphone because I believe that it contains evidence of illegal internet activity. I decided to seize Cole's Samsung Smartphone due to exigent circumstances prior to obtaining a warrant to seize the device. Specifically, I determined that if Cole retained possession of his Samsung Smartphone following my interrogation of him about downloading child pornography, that there was a high likelihood that he would destroy any evidence in his phone by deleting or by otherwise destroying the phone.

32. Cole advised his email account is **michaelcole711@gmail.com**. This is the same email account used to register for the Dropbox account that contained the child pornography as well as the "selfie" image taken by Cole. Cole also advised he has downloaded child pornography but then deleted it in the past using an old computer.

### GOOGLE SUBPOENA

33. I submitted a subpoena to Google to obtain the IP address logs associated with michaelcole 711@gmail.com because that email address was used in the registration of Michael Cole's Dropbox account. Google replied with a series of IP address including "172.56.21.89" which was used to access the email account michaelcole711@gmail.com on May 26, 2016. That IP address resolves to TMobile. TMobile is the current cellular service provider for 865-299-0322. These facts connect the phone that I seized from Cole on June 6, 2016 to the Dropbox account which contains child pornography, pictures of Michael Cole's penis, and self.

11

34. On June 15, 2016 I applied for and received Federal Search Warrants in this court for the Samsung smartphone, Case No. 3:16-MJ-1071 and Compaq Presario laptop, Case No. 3:16-MJ-1072.

35. A forensic examination of the Samsung smartphone which is a Samsung Galaxy Grand Prime SM-G360T1 revealed at least **five (5) images** and **thirteen (13) videos** of child pornography. There is direct evidence that Cole received and distributed images of child pornography on the Kik app that he had installed on the smartphone. One of the images present on the phone is 3ff170e3-566e-4794-97aa-36a3f3b96c99.jpg. This file is a color image that depicts a small male child that is approximately 8-10 years of age and a small female child that is approximately 8-10 years of age. The female child is lying on her back on what appears to be a mattress. The male child is leaning over the female child and appears to have his penis in the female child's vagina.

36. Also present on the smartphone is the same video file that is referenced above in paragraph 10. This is the same video file from the Sendvid referral on January 30, 2016 and also the Dropbox referral from Detroit.

37. There is no evidence to indicate anyone other than Cole has used the smartphone.

38. A forensic examination of the Compaq Presario laptop with serial number #00196185938407 revealed at least **thirty-seven (37) videos** and over **two thousand (2,000) image files** depicting child pornography present on the hard drive. In my training and experience, these images and videos depict children under the age of 18, in many cases prepubescent children aged 12 or younger, engaging in sexually explicit conduct, sexual acts or lascivious exhibitions of genitalia. Forensic examination also revealed evidence that Cole accessed his email account (**michaelcole711@gmail.com**) from the laptop simultaneously or

12

contemporaneously with the time stamp indicating when several of the child pornography files were written to the laptop's hard drive memory.

39. There are several images and videos of child pornography present that are of infants and toddlers being sexually abused on the laptop. Of note, there are 2 still frame images captured from a well-known video of child sexual abuse. One image in particular depicts a young female child, approximately 3 years old, that is bound by rope and hanging upside down. There is also duct tape covering the child's mouth. There are clothes pins pinching her breast, vagina, and stomach area. I have personally seen the video that this image is captured from. The video shows the female child sexually abused, tortured, urinated on, and burned with hot wax.

40. The user account on the laptop is named "Michael".

41. There is also a text file present on the laptop. The text file is from communication from Cole using the username of "Wicked1z" and an unknown user "BP" on a chat client named, "Tox[2]". Wicked1z is also the same username referenced above in paragraph 11.

- BP-"you experienced?"

- Wicked1z-"yea."

- BP-"would love to fuck a little girl."

- Wicked1z-"not with as young as I like but with a couple 11 and 12 year olds and several teens."

- BP-"I like when little boys are molested and they get a boner"

- Wicked1z-"I like little boys a bit. I would love to play with one."

- Wicked1z-"if you don't care I ask whats your asl?"

---

[2] Tox began a few years ago, in the wake of Edward Snowden's leaks regarding NSA spying activity. The idea was to create an instant messaging protocol that ran without any kind of central servers. The system would be distributed, peer-to-peer, and encrypted end-to-end, with no way to disable any of the encryption features; at the same time, the protocol would be easily usable by the layperson with no practical knowledge of cryptography or distributed systems.

13

- BP-"i'm 47 m usa"

- Wicked1z-"38 m us"

42.    COLE tells the user "BP" he is experienced with a couple 11 and 12 year olds and several teens. COLE also says that he would like to play with a little boy. COLE'S current age is thirty eight (38).

43.    There is direct evidence present on the laptop to indicate that COLE is the sole user of the laptop when this communication occurred.

## CONCLUSION

44.  Based on my training and experience, the defendant possessed a large volume of digital files, both still image files and video files, which meet the definition of child pornography contained in 18 U.S.C. 2256(8).  These files contain visual depictions of minor children under the age of 18 years old, in many cases infants, toddlers, and prepubescent children, who are engaging in sexual acts such as vaginal penetration, oral sex (male and female), bestiality, and sadomasochistic acts.  Additionally, there are images of such children which are lascivious exhibitions of the children's genitals.  Based on the computer forensic analysis that has been conducted to date, the number of digital files possessed by the defendant definitely exceeds 100 and may be in excess of 2,000 individual files.  The defendant stored these files on his Compaq Presario laptop computer, Samsung Grand Prime cellular telephone and digital device, and his Dropbox cloud based internet storage account.  The defendant shared and distributed dozens of these images using internet based file sharing applications including sendvid.com, skype, kik messenger, Dropbox, and Tox.  Each of these applications uses a facility and means of interstate and foreign commerce.  Specifically, these applications use the internet and server storage spaces located throughout the United States and the world.  Based on the nature and the volume of files, as well as associated data such as email access records, IP logs, and his own pictures stored

14

alongside his collection of child pornography, I conclude that the defendant acted knowingly in his receipt, distribution, and possession of these illicit files. Therefore, I have concluded that the defendant has violated Title 18, U.S. Code, Sections 2252A(a)(1)(Transportation of Child Pornography), (a)(2)(Receipt and Distribution of Child Pornography), and (a)(5)(B)(Possession of Child Pornography).

John M. Williams, Jr.
Investigator
Knoxville Police Department
Internet Crimes Against Children Task Force

Sworn and subscribed before me

this 27th day of June , 2016

C. Clifford Shirley, Jr.
UNITED STATES MAGISTRATE JUDGE

15