**FILED**

JUL 1 2 2016

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
) CASE NO. 3:16-CR-_81_____
v. )
) JUDGES ____VARLAN/GUYTON____
MICHAEL LEE COLE )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, between on or about January 29, 2016, and on or about June 6, 2016, within the Eastern District of Tennessee and elsewhere, the defendant, MICHAEL LEE COLE, did knowingly receive and distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(B), including child pornography that involved a prepubescent minor and a minor who had not attained 12 years of age which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. The Grand Jury specifically charges that the defendant received and distributed images of child pornography that involved a prepubescent minor and a minor who had not attained 12 years of age subsequent to December 7, 2012. All of this conduct was in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## COUNT TWO

The Grand Jury further charges that, between on or about January 29, 2016, and on or about June 6, 2016, within the Eastern District of Tennessee and elsewhere, the defendant, MICHAEL LEE COLE, did knowingly possess material which contains images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(B), including material that involved a prepubescent minor and a minor who had not attained 12 years of age, and which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, including by computer. The Grand Jury specifically charges that the defendant possessed images of child pornography that involved a prepubescent minor and a minor who had not attained 12 years of age subsequent to December 7, 2012. All of this conduct was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATIONS

1.      The allegations contained in Counts One and Two of this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, defendant MICHAEL LEE COLE shall forfeit to the United States of America his interests in the following:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. The property to be forfeited includes, but is not limited to the following properties:

a. Compaq Presario Laptop Computer, Serial Number 00196185938407; and

b. Samsung Galaxy Grand Prime SM-G360T1 Digital Device and Smartphone.

3

4.       If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

APPROVED:

NANCY STALLARD HARR
UNITED STATES ATTORNEY

By: _____
    _ᶠᵒʳ: BART SLABBEKORN
    ASSISTANT UNITED STATES ATTORNEY